# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBISON, JEREMY, individually and on behalf of his son, a MINOR, and all similarly situated persons, | § § § § | |
| Plaintiffs, | § § | Case No. 1:17-cv-00508 |
| v. | § § | |
| CNA INSURANCE COMPANY, et al. | § § § | |
| Defendants | § | |

## ORDER GRANTING DEFENDANT CONTINENTAL CASUALTY COMPANY'S FIRST AMENDED MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. LINDELL K. WEAVER

ON THIS DAY, came to be considered Defendant Continental Casualty Company's ("Continental") First Amended Motion to Exclude Expert Testimony of Dr. Lindell K. Weaver ("Dr. Weaver"). The Court, having taken judicial notice of its file and considered Continental's Motion to Exclude Expert Testimony of Dr. Lindell K. Weaver (the "Motion"), Plaintiffs' response thereto, and the arguments of counsel, if any, hereby grants the Motion and orders that the following testimony and/or opinions of Dr. Weaver be excluded from the trial in this case:

(1) Any testimony regarding his evaluations or diagnosis of the medical conditions of Plaintiffs and any treatment required to address the medical consequences of the alleged carbon monoxide poisoning; and

(2) Any testimony regarding the required and reasonableness of costs of future medical treatment, diagnosis, prognosis and causation related to the alleged brain damage and subsequent medical complications and impairments due to the alleged poisoning.