| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JEREMY ROBISON, individually and on behalf of his son, R.R., a minor, *et al.*, § § § § Plaintiffs, § § *versus* § § CONTINENTAL CASUALTY COMPANY, § § Defendant. § | CIVIL ACTION NO. 1:17-CV-508 |

## ORDER

Defendant Continental Casualty Company's Unopposed Motion for Leave to Supplement its First Amended Motion to Exclude Expert Testimony of Dr. Lindell K. Weaver (#191) and Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' Supplement to Plaintiffs' Response to Defendant's Motion to Exclude Expert Testimony of Dr. Lindell K. Weaver (#200) are GRANTED.

SIGNED at Beaumont, Texas, this 23rd day of November, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE