| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JEREMY ROBISON, individually and §
on behalf of his son, R.R., a minor, *et al.*, §
§
        Plaintiffs, §
§
*versus* §     CIVIL ACTION NO. 1:17-CV-508
§
CONTINENTAL CASUALTY COMPANY, §
§
        Defendant. §

## FINAL JUDGMENT

In light of the court's Orders of Partial Dismissal (#s 69, 70), dismissing as defendants Harris County Department of Education, signed May 9, 2018, and OneCIS Insurance Companies, signed May 10, 2018, and the court's Memorandum and Order signed January 6, 2022 (#219), granting Defendant Continental Casualty Company's ("Continental") Motion for Summary Judgment, the court enters final judgment in favor of Continental.  Plaintiffs shall take nothing by their suit.

    THIS IS A FINAL JUDGMENT.

    SIGNED at Beaumont, Texas, this 6th day of January, 2022.

                             MARCIA A. CRONE
                           UNITED STATES DISTRICT JUDGE