# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 20, 2022
Lyle W. Cayce
Clerk

No. 22-40071

_____

Jeremy Robison, individually and on behalf of his son, a minor; Diantoinette Jones, individually and on behalf of minor child, PP; Schmiker Traylor, individually and on behalf of minor child, RD; Janice Gobert, individually and on behalf of minor child, CB; Jessica Prejean, individually and on behalf of minor child, IW; Et al.,

*Plaintiffs—Appellants*,

versus

Continental Casualty Company,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:17-CV-508

_____

Before Graves, Willett, and Engelhardt, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

No. 22-40071

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued as the mandate on Jan 31, 2022**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**